No. 620. FRANK KELLEY ET AL., PETITIONERS, *v.* THE DIAMOND DRILL AND MACHINE COMPANY. May 1, 1905. Petition for a writ of certiorari to the United States Circuit Court of

Appeals for the Third Circuit denied. *Mr. Horace Pettit* for petitioners. *Mr. William C. Strawbridge* for respondent.